

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2025

No. 04-25-00213-CV

**IN RE** Mark Anthony **ORTEGA**, Relator

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                 Lori I. Valenzuela, Justice
                 Lori Massey Brissette, Justice

On April 2, 2025, relator filed a petition for writ of mandamus requesting this court vacate the March 18, 2025, trial court order denying in part and granting in part plaintiff's motion to compel and for sanctions rendered in the underlying proceedings. After considering the petition and the record, this court concludes relator did not show he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a)

It is so **ORDERED** on April 16, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024CV08834, styled *Mark Anthony Ortega v. Diana Astudillo de Leon*, pending in the County Court At Law No. 10, Bexar County, Texas, the Honorable Cesar Garcia presiding.